# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Adrian Marion Smith,<br>　　　　*Plaintiff*<br>　　　v.<br>Bridgestone North America Tire Operations, LLC; Ford Motor Company; Richardson, Patric, Westbrook & Brickman, LLC, Law Firm; Attorney Terry E.Richardson, Jr.; Donnie Howard; Attorney Charles W. Patric, Jr.; Attorney Edward J.Westbrook; Attorney Michael J.Brickman,<br>　　　　*Defendants* | Civil Action No.　　1:10-1757-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Adrian Marion Smith, shall take nothing of the defendants, Bridgestone North America Tire Operations, LLC; Ford Motor Company; Richardson, Patric, Westbrook & Brickman, LLC, Law Firm; Attorney Terry E .Richardson, Jr.; Donnie Howard; Attorney Charles W. Patric, Jr.; Attorney Edward J.Westbrook; Attorney Michael J.Brickman and the complaint is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge presiding. The Court having adopted Magistrate Judge Joseph R. McCrorey's Report and Recommendation to dismiss,

Date:　October 14, 2010　　　　　　　　　　　　*CLERK OF COURT*

　　　　　　　　　　　　　　　　　　　　　　　　s/Angie Snipes
　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*